# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 21, 2025

### NO. 03-24-00123-CR

**Jonathan Ruiz Oviedo, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED AS MODIFIED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Having determined that the judgment contained a clerical error, the Court modifies the "Statute for Offense" section to read, "31.03(a), (e)(4)(A), (f)(3)(A) Penal Code." Therefore, the Court affirms the trial court's judgment of conviction as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.